NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE V. ELLESBURY, | No. C 12-1687 LHK (PR) |
| Petitioner, | ORDER DENYING MOTION FOR RECONSIDERATION |
| vs. | (Docket No. 6) |
| R. GROUNDS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a 2010 decision by the Governor, reversing the California Board of Parole Hearings' ("Board") finding that Petitioner was suitable for parole. The Court reviewed Petitioner's petition, concluded that Petitioner failed to state a cognizable claim, and dismissed the petition.

On August 15, 2012, Petitioner filed a motion for rehearing, which this Court construes as a motion for reconsideration. Rule 60(b) of the Federal Rules of Civil Procedure provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence that by due diligence could not have been discovered before the Court's decision; (3) fraud by the adverse party; (4) voiding of the judgment; (5) satisfaction of the judgment; (6) any other reason justifying relief. *See* Fed. R.

Order Denying Motion for Reconsideration
G:\PRO-SE\SJ.LHK\HC.12\Ellesbury687recon.wpd

1  Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). In the present
2  motion, Petitioner claims that the Court misinterpreted Petitioner's claim that his liberty interest
3  was violated when illegal hearsay was used by the Governor to rescind the Board's finding of
4  parole suitability. (Mot. at 1-2.) Petitioner argues that his right to confrontation was denied
5  because the Governor relied on unsworn hearsay allegations. (*Id.* at 2-3.)

6  Petitioner's motion is unavailing. The Confrontation Clause applies only to criminal
7  prosecutions, and does not apply to parole proceedings at issue here. *See, e.g.*, *United States v.*
8  *Hall*, 419 F.3d 980, 985 (9th Cir. 2005) (citing *Morrissey v. Brewer*, 408 U.S. 471, 480 (1972)
9  (Confrontation Clause does not apply to parole revocation proceedings). Accordingly,
10 Petitioner's motion for reconsideration is DENIED.

11 **IT IS SO ORDERED.**

12 DATED:   10/1/12

_____
LUCY H. KOH
United States District Judge

Order Denying Motion for Reconsideration
G:\PRO-SE\SJ.LHK\HC.12\Ellesbury687recon.wpd         2